# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 39 WM 2022
:
Respondent :
:
:
:
v. :
:
:
MARLIN KELLY, :
:
Petitioner :

## ORDER

**PER CURIAM**

     **AND NOW**, this 22nd day of December, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is DIRECTED to file the already-prepared Petition for Allowance of Appeal within five days.